1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   FRANK STEPHENSON,

11              Petitioner,              No. CIV S-08-1730-DAD P

12        vs.

13   M. MARTELL,

14              Respondent.              <u>ORDER</u>

15   _____/

16         Petitioner, a state prisoner at Mule Creek State Prison and proceeding pro se, has

17   filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner is

18   challenging the 2007 denial of parole and he has paid the filing fee.

19         Since petitioner may be entitled to the requested relief if the claimed violation of

20   constitutional rights is proved, respondent will be directed to file a response to petitioner's

21   application.

22         In accordance with the above, IT IS HEREBY ORDERED that:

23         1.  Respondent is directed to file a response to petitioner's application within sixty

24   days from the date of this order.  <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall

25   be accompanied by any and all transcripts or other documents relevant to the determination of the

26   issues presented in the application.  <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

                                    1

1        2.  Petitioner's reply, if any, shall be filed and served within thirty days of service

2   of an answer;

3        3.  If the response to petitioner's application is a motion, petitioner's opposition or

4   statement of non-opposition shall be filed and served within thirty days of service of the motion,

5   and respondent's reply, if any, shall be filed within fifteen days thereafter; and

6        4.  The Clerk of the Court shall serve a copy of this order together with a copy of

7   petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Jennifer A.

8   Neill, Supervising Deputy Attorney General.

9   DATED: September 19, 2008.

10

11   _____

12   DALE A. DROZD
     UNITED STATES MAGISTRATE JUDGE

13   DAD:cm/4
     step1730.100f

14

15

16

17

18

19

20

21

22

23

24

25

26