IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK STEPHENSON,

    Petitioner,      No. CIV S-08-1730 MCE DAD P

    vs.

M. MARTELL,

    Respondent.      ORDER
_____/

Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging a 2007 denial of parole. On January 30, 2009, respondent filed a motion to dismiss the petition as moot since petitioner has now been granted parole. In light of respondent's motion, petitioner will be ordered to file a statement of non-opposition to the motion or an opposition. Accordingly, IT IS HEREBY ORDERED that within fifteen days from the service of this order, petitioner shall file an opposition to respondent's motion to dismiss, filed on January 30, 2009, or a statement of non-opposition to the motion.

DATED: March 30, 2009.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
step1730.oppo

1