IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK STEPHENSON,

    Petitioner,                         No. CIV S-08-1730 MCE DAD P

    vs.

M. MARTELL,

    Respondent.                     <u>ORDER</u>

_____/

        Petitioner is a former state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges the 2007 decision of the California Board of Parole Hearings (Board) denying him parole.

        On March 31, 2009, the court ordered petitioner to file an opposition or statement of non-opposition to the respondent's motion to dismiss the petition as moot because since its filing petitioner has been released on parole. Petitioner has not responded to the court's order. Prior to the court's March 31, 2009 order, on February 9, 2009, petitioner filed a notice of change of address. In his notice, petitioner advised the court that he has been released on parole. Petitioner also asserted in his notice that his case was still "meritorious" because he has already served a term of thirty-three years, while the Board set a term of approximately 19 years. (Notice of Change of Address, filed 2/9/09, at 1.) Therein petitioner argued that he "may still be entitled

to relief in the form of an order discharging his parole." (Id.) The court requires further information in order to determine whether the petition has been rendered moot by petitioner's release on parole. The court will provide petitioner with a final opportunity to file his opposition to the motion to dismiss and to provide information concerning the date of his release on parole, the findings of the Board in recommending release on parole, petitioner's current parole status, the remaining period of parole supervision in his case, and clarification on the meaning of his assertion that the "Board set a term of approximately 19 years."

        Accordingly, IT IS HEREBY ORDERED that within fifteen days from the service of this order, petitioner shall file his opposition to respondent's motion to dismiss and provide the information requested above. Failure to comply with this order will result in the filing of findings and recommendations recommending that the pending habeas petition be dismissed as moot.

DATED: June 23, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
step1730.ord2